IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> ROGER MICHAEL GUZMAN, ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) <br> ) <br> ROGER MICHAEL GUZMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES R. MURPHY and THE LOUIS W. ) <br> JOHNSON AND FRANCELE H. JOHNSON ) <br> REVOCABLE TRUST, ) <br> ) <br> Defendants. | Case No. 06-12926 MER <br><br> Chapter 11 <br><br><br><br><br><br> Adversary Proceeding No. 07-01307-MER |

## ORDER

THIS MATTER comes before the Court on Defendant Charles R. Murphy's Further Request for an Extension of Time to File the Designation of Record and Statement of Issues filed October 20, 2008. The Court finds good cause exists to grant the requested extension. Accordingly,

THE COURT ORDERS the deadline to file the Designation of Record and Statement of Issues is extended to October 27, 2008.

Dated: October 24, 2008.

BY THE COURT

_/s/ Michael E. Romero_
Michael E. Romero
U.S. Bankruptcy Judge