IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2072-AP**

**In re: ROGER MICHAEL GUZMAN**

**ROGER MICHAEL GUZMAN,**

   Plaintiff/Appellee.

v.

**CHARLES R. MURPHY,**

   Defendant/Appellant,

and

**THE LOUIS W. JOHNSON AND FRANCELE H. JOHNSON REVOCABLE TRUST,**

   Defendant/Interested Party.

## ORDER

Kane, J.

  This matter is before the court on the Motion for Immediate Stay on Appeal (doc. #11), filed November 18, 2008. I have reviewed the motion and the response thereto. The motion is DENIED. There has been no showing of a likelihood of success on the merits.

  Dated this 25th day of November, 2008.

            BY THE COURT:

            *S/John L. Kane*
            John L. Kane, Senior Judge
            United States District Court