IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02072-JLK

In re:

ROGER MICHAEL GUZMAN,

    Debtor.

ROGER MICHAEL GUZMAN,

    Plaintiff and Appellee,

v.

CHARLES R. MURPHY,

    Defendant and Appellant,

and

THE LOUIS W. JOHNSON AND FRANCELE H. JOHNSON REVOCABLE TRUST,

    Defendant and Interested Party.
_____

**ORDER DISMISSING APPEAL**
_____

This matter comes before the Court on Appellant Murphy's Unopposed Motion to Dismiss Appeal (doc. #17), filed December 3, 2008, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and Orders:

That the appeal is dismissed, with the parties to bear their own costs.

Dated: December 3, 2008

                BY THE COURT

                *s/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court